IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 1:08-cv-179HSO-JMR**

**KARL BROWN**                                                             **DEFENDANT**

### JUDGMENT BY DEFAULT

A default having been entered as to the Defendant, Karl Brown, in the above-styled cause in accordance with Rule 55 of the Federal Rules of Civil Procedure and counsel for Plaintiff having requested judgment against Defendant and having filed a proper certificate with the Clerk as to the amount due from the Defendant to the Plaintiff;

Judgment is, therefore, rendered in favor of the Plaintiff, United States of America, and against the Defendant, Karl Brown, for the sum of $5,600.55 ($2,862.08 principal plus $2,738.47 interest accrued through February 26, 2008), and interest on the principal sum of $2,862.08 at the rate of 8.000 % from and after February 26, 2008, to the date of judgment, with interest from the date of judgment at the legal rate until paid in full.  Also, there is now due by the Defendant to the Plaintiff on the debt set forth in the Complaint, the sum of $6,439.53 ($3,541.95 principal plus $2,897.58 interest accrued through February 26, 2008), and interest on the principal sum of $3,541.95 at the rate of 8.000 % from and after February 26, 2008, to the date of judgment, with interest from the date of judgment at the legal rate until paid in full,

together with filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

**SO ORDERED AND ADJUDGED**, this the 4th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE